Kristin McDonald, Esq. SBN 027082
Lakshmi Jagannath, Esq. SBN 027523
Ross Mumme, Esq. SBN 029956
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for NJ NJCC Fund #5 Trust, its assignees and/or successors, by and through its servicing agent Selene Finance LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 3:18-bk-02231-DPC |
| | ) |
| | ) Chapter 13 |
| Scott Larry Goodman, | ) |
| | ) **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) **CHAPTER 13 PLAN** |
| | ) |
| | ) Docket No. 9 |

NJ NJCC Fund #5 Trust, its assignees and/or successors, by and through its servicing agent Selene Finance LP, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Scott Larry Goodman ("Debtor").

1.       Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 1/1/2036 and is secured by a Deed of Trust on the subject property commonly known as 105 Meadowlark Ln, Sedona, AZ 86336 ("Property"). As of 3/08/2018, the total amount owing on the obligation was $286,576.15 and the amount in default was $55,288.05 as described in the Proof of Claim filed by this Secured Creditor on or about 5/17/2018, incurred with respect to the default. See **Exhibit "1".**

2.       The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor.  The payoff period and monthly

1

repayment amount proposed by the Debtor exceed a reasonable arrangement in light of Debtor's past non-payment history. Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $39,939.00, while in fact the arrears owed are in the amount of $55,288.05. To cure the pre-petition arrearages of $55,288.05 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $921.46 per month from the Debtor through the Plan, in addition to the ongoing monthly mortgage payment of $2,392.47.

3.     Debtor's Plan provides for payments to the Trustee in the amount of $300.00 per month for 2 months, then $2,800.00 per month for 58 months. However, Debtor's Schedules I and J list a monthly net income of (-)$997.00. Debtors have negative monthly disposable income and clearly cannot fund any plan payments to Trustee. A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "2"**.

4.     Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

File No. AZ-18-144112
Objection to Plan, Case No. 3:18-bk-02231-DPC

**CONCLUSION**

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein.

**WHEREFORE**, Secured Creditor prays as follows:

1.     That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein;

2.     For attorneys' fees and costs herein,

3.     For such other relief as this Court deems proper.

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

5/29/2018

By: _/s/ Kristin McDonald_____
Kristin McDonald, Esq.
*Attorney for Secured Creditor*

3