Michael J. Gordon (021798)
**GORDON & GORDON, P.L.L.C.**
850 Cove Parkway, Ste. A
Cottonwood, AZ 86326
Telephone: (928) 649-8609
Michael@gordonlawaz.com
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>SCOTT LARRY GOODMAN<br><br>Debtor. | Case No. 3:18-BK-02231-DPC<br><br>Chapter 13<br><br>**RESPONSE TO TRUSTEE'S MOTION TO DISMISS DATED JULY 17, 2018** |

Debtor, by and through undersigned counsel, hereby submits this Response to Trustee's Motion to Dismiss Dated July 17, 2018. Debtor has been unable to stay current with post-petition Plan payments, largely because Debtor recently switched from being an hourly over-the-road driver to an independent contractor. As a result of this change, Debtor has not received the income he originally anticipated.

Debtor believes he has exempt equity in his homestead in excess of $100,000.00. Debtor has decided to amend his Plan to list his homestead for sale, rather than attempting to cure his mortgage arrearage through the Plan. Debtor anticipates filing an amended Plan within the next five (5) days.

Based on the foregoing, Debtor respectfully requests that the Court deny the Trustee's Motion to Dismiss Dated July 17, 2018.

DATED this 10th day of August, 2018.

                                  GORDON & GORDON, P.L.L.C.

                                  /s/ Michael J. Gordon
                                  Michael J. Gordon
                                  Attorneys for Debtor

Copy of the foregoing
were mailed this 10th day
of August, 2018 to:

Edward J. Maney
101 First Ave., Suite 1775
Phoenix, AZ 85003
Trustee


/s/ Michael J. Gordon